Commonwealth *v.* Goslee, Appellant.

Argued April 15, 1969. *Donald E. Williams,* Public Defender, for appellant; *Kenneth E. Fox, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Goslee, Appellant.

Argued April 15, 1969. *W. Thomas Andrews,* for appellant; *K. Fox,* District Attorney, with him *William R. Balph, Jr.,* Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Hull, Appellant.

Submitted April 14, 1969. *R. H. Buchman,* for appellant; *John F. Dent,* Assistant District Attorney, and *Joseph M. Loughran,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Order affirmed, allowing defendant the right to appeal his conviction and sentence nunc pro tunc.